IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY BOWER,<br><br>Plaintiff,<br><br>v.<br><br>RAILWORKS TRACK SYSTEM, INC. and RAILWORKS TRACK SERVICES, INC.<br><br>Defendants | Civil Action No. 1:17-cv-00124-LMM |

## ORDER

Pending before the Court is a Joint Motion to Approve a Fair Labor Standards Act Settlement [Doc. No. 15].  On May 5, 2017, the Court held a teleconference with counsel and has carefully reviewed the Parties' Revised Settlement Agreement.  The Court finds that the Revised Settlement Agreement is fair and reasonable in light of the claims and defenses asserted.  *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1992).  Therefore, the Court GRANTS the Parties' Joint Motion to Approve a Fair Labor Standards Act Settlement Agreement.  The Court DISMISSES the above-styled case with prejudice and DIRECTS the Clerk to close this case.

So ordered, this 5th day of May, 2017.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE